UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00348

**Richard Harold Horne, Jr.,**
*Plaintiff,*
v.
**Gregg County Sheriff's Division,**
*Defendant.*

# ORDER

Plaintiff filed this pro se lawsuit alleging violations of his constitutional rights. Doc. 1. The court designated a magistrate judge under 28 U.S.C. § 636(b) to handle the case. The magistrate judge issued a report recommending that plaintiff's suit be dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915A(b) and 42 U.S.C. § 1997e(c). Doc. 5. A copy of the report was mailed to plaintiff, who has not filed written objections or provided the court with a notice of change of address following his release from jail. Doc. 6.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 27, 2026.*

J. CAMPBELL BARKER
United States District Judge